# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HELWIG, | ) Case No.: 5:17-cv-00148-JVS-MRW |
| Plaintiff, | ) ORDER AWARDING EQUAL ) ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES ) PURSUANT TO 28 U.S.C. § 2412(d) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) AND COSTS PURSUANT TO 28 ) U.S.C. § 1920 |
| Defendant | ) ) ) ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,321.21 as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: January 16, 2018

_____
THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE